ACCEPTED
01-14-00216-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/16/2015 8:07:17 AM
CHRISTOPHER PRINI
CLERK

01-14-00216-CV

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/16/2015 8:07:17 AM
CHRISTOPHER A. PRINE
Clerk

VICTOR S. ELGOHARY

Appellant / Cross Appellee

V.

LAKES ON ELDRIDGE NORTH COMMUNITY ASSOCIATION, INC.;
REALMANAGE, LLC; DARLA KITCHEN; DON BYRNES; MICHAEL
ECKLUND; LAURA VASALLO LEE; JOHN KANE; JULIE ANN BENNETT;
RICK HAWTHORNE; CARA DAVIS; CHRISTI KELLER; JIM FLANARY;
JILL RICHARDSON; NEIL McLAURIN; WALTER SPEARS

Appellees,

V.

LAKES ON ELDRIDGE NORTH COMMUNITY ASSOCIATION, INC.

Cross Appellant

**APPELLEES' SECOND MOTION
FOR FOUR-DAY EXTENSION TIME TO FILE APPELLEES' BRIEF
BASED ON MEDICAL NECESSITY**

TO THE HONORABLE COURT OF APPEALS,

Appellees, Lakes on Eldridge North Community Association, Inc.,

Realmanage, LLC, Darla Kitchen, Don Byrnes, Michael Ecklund, Laura Vasallo

Lee, John. Kane, Julie Ann Bennett, Rick Hawthorne, Cara Davis, Christi Keller,

Jim Flanary, Jill Richardson, Neil McLaurin, and Walter Spears("Appellees") file

1

05267.188 / 1730584.1

this Second Motion for a Four-Day Extension of Time to File Appellees' Brief pursuant to Texas Rule of Appellate Procedure 10 in support thereof would show the following circumstances warrant an extension:

Appellant, Victor S. Elgohary ("Elgohary") filed his Appellant's Brief on December 1, 2014 after receiving a seventy five (75) day extension of time to file his brief. Accordingly, Appellees' deadline for filing their Appellees' Brief was originally Wednesday, December 31, 2014. Appellees received their first extension such that their brief is due on Monday March 16, 2015.

Appellees seek a brief, four (4) day extension of time as a result of an unplanned medical emergency of Appellees' appellant counsel and lead briefing attorney. Specifically, Appellees' seek an extension of their deadline until Friday, March 20, 2015.

This request for extension of time is not sought to cause delay or prejudice, but only so that justice may be done. As stated above, appellate counsel and lead brief writer had a medical emergency which required hospitalization for early labor. Appellate counsel is presently thirty five (35) weeks pregnant and had to be admitted to the hospital for a short period of time. Counsel was not released until Saturday afternoon on March 14, 2015, and was advised that similar episodes could re-occur at any time. Due to the interruption in the preparation of the brief, Appellees request a short extension, so that they may properly finalize the brief

2

prior to filing.  Additionally, Appellees request the extension so that trial counsel will have the opportunity to complete the brief in the event that appellate counsel is unavailable at the time of the deadline for medical reasons.

## PRAYER

WHEREFORE PREMISES CONSIDERED, Appellees respectfully request that this Honorable Court grant it a second extension of four (4) days to file their Appellees' Brief(s) so that their deadline will be Friday, March 20, 2015, and for any such further relief to which they may be entitled.

Respectfully submitted,

**LeClairRyan**

By:*/s/ Brianne W. Richardson_____*
Brianne W. Richardson
State Bar No. 24056500
Email:
brianne.richardson@leclairryan.com
James J. McConn
Email:
james.mcconn@leclairryan.com
1233 West Loop South, Suite 1000
Houston, Texas  77027
Telephone:  713-654-1111
Facsimile:    713-650-0027

**ATTORNEYS FOR APPELLEES**

3

## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that I have served this document on all other parties which are listed below on March 16, 2015 as follows:

*Via email at [victor@vselgohary.com](mailto:victor@vselgohary.com)* **(pursuant to TRAP 9.5(b)(2)):**
Victor S. Elgohary
6406 Arcadia Bend Ct.
Houston, Texas 77041-6222

*Via email at [nmclaurin@bartleyspears.com](mailto:nmclaurin@bartleyspears.com)***(pursuant to TRAP 9.5(b)(2)):**
Neil H. McLaurin, IV
14811 St. Mary's Lane, Suite 270
Houston Texas 77079

*/s/ Brianne W. Richardson*_____
Brianne W. Richardson


## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I contacted Appellant/Appellant's counsel, Victor Elgohary, on March 15, 2015 by email. I did not have the opportunity to receive a response from Mr. Elgohary prior to filing, and therefore presume that he is opposed.

*/s/ Brianne W. Richardson*_____
Brianne W. Richardson

05267.188 / 1730584.1